UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL CRUZ,

                     Plaintiff,                           21 **CIVIL** 2073 (KMK)

       -against-                          **JUDGMENT**

THE COUNTY OF ROCKLAND, THE
VILLAGE OF SPRING VALLEY, THE
SPRING VALLEY POLICE
DEPARTMENT, THE ROCKLAND
COUNTY DISTRICT ATTORNEY, POLICE
OFFICER TIMOTHY WARD, and POLICE
OFFICER "JOHN DOE," *the name being
fictitious and unknown to Plaintiff*,

                     Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 22, 2023, Defendants' motion for summary judgment is GRANTED on all claims; accordingly, the case is closed.

**Dated:**  New York, New York
           September 22, 2023

                                                            **RUBY J. KRAJICK**
                                                             **Clerk of Court**

                             BY:
                                                            **Deputy Clerk**